UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

           Plaintiff,

   -against-

A.R.A.Z., INC.,

           Defendant.
------------------------------------------------------------x

**ORDER**
03-CV-6307(NG)(VVP)

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Magistrate Judge Pohorelsky is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiff in the amount of $138,648.33, comprised of the following: (1) a principal amount of $112,300.00 reflecting the OSHA penalties initially assessed against the defendant; (2) interest of $12,165.83; (3) an additional penalty assessed by Treasury in the amount of $14,037.50; (4) administrative charges of $20.00; and (5) costs for service of process in the amount of $125.00.

SO ORDERED.

        s/NG
**NINA GERSHON**
**United States District Judge**

Dated: September _6_, 2007
       Brooklyn, New York